UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   4:07CR00122 HEA |
| | ) | |
| EDDIE PETE BARSH JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $5,000.00 to the surety of record.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of November, 2007.

**********************************************************************

## VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the district Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern district of Missouri.  I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 2nd day of November, 2007.

/s/  Cindy Kornberger
Deputy Clerk